1  Joseph G. Adams (Cal. State Bar #209668)
   SNELL & WILMER L.L.P.
2  One East Washington Street
   Suite 2700
3  Phoenix, Arizona 85004-2556
   Telephone: 602.382.6000
4  Facsimile: 602.382.6070
   E-Mail: jgadams@swlaw.com
5
   *Attorney for Defendant*
6  *Global Water Resources, Inc.*

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    WESTERN DIVISION

11

12 | Healthcare Ally Management of California, | Case No. 2:23-cv-00755-MRW |
13 |                                            |                            |
14 |            Plaintiff,                      | **NOTICE OF SETTLEMENT**   |
15 |        v.                                  |                            |
16 | Global Water Resources, Inc.; DOES 1–10,   |                            |
17 |            Defendants.                     |                            |

18

19     Plaintiff Healthcare Ally Management of California and Defendant Global
20 Water Resources, Inc. have reached an agreement in principle to settle this matter.
21 The parties are currently finalizing the settlement agreement and expect to file an
22 appropriate stipulation and order for dismissal of the action with prejudice within
23 the next 30 days, with each party to bear its own costs and attorneys' fees.

24

25

26

27

28

Dated: February 21, 2023

SNELL & WILMER L.L.P.

By: /s/Joseph G. Adams
Joseph G. Adams

Attorney for Defendant
Global Water Resources, Inc.

THE LAW OFFICES OF JONATHAN A. STIEGLITZ

By: /s/Jonathan A. Stieglitz *w/permission*
Jonathan A. Stieglitz

Attorney for Plaintiff Healthcare Ally Management of California