JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Healthcare Ally Management of California,<br><br>Plaintiff,<br><br>v.<br><br>Global Water Resources, Inc.; DOES 1–10,<br><br>Defendants. | Case No. 2:23-cv-00755-MRW<br><br>[~~PROPOSED~~] ORDER DISMISSING CASE WITH PREJUDICE |

The Court, having reviewed the Parties' Joint Stipulation of Dismissal with Prejudice Pursuant to Settlement Agreement, and good cause appearing, HEREBY ORDERS,

This case, Case No. 2:23-cv-00755-MRW, be dismissed WITH PREJUDICE, with each party to bear their own attorneys' fees and costs.

Date: 5/22/23

_____
Michael R. Wilner
United States Magistrate Judge

2:23-CV-00755